1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW WAYNE FOWLER,

Petitioner,

v.

JEFFREY A. UTTECHT,

Respondent.

CASE NO. C20-5214 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus (Dkt. 4) is **DENIED**;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

\
\
\

ORDER - 1

1     Dated this 16th day of November, 2020.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2